**SPENCER L. SCHNEIDER, P.C**
ATTORNEY AT LAW
469 Seventh Ave., 12th Flr, New York, NY 10018
212-267-6900  Cell: 917-776-4703
sschneider@slsatty.com

May 28, 2026

By ECF
The Honorable. James L. Garrity, Jr.
 United States Bankruptcy Court
 Southern District of New York
 One Bowling Green, Courtroom 601
 New York, NY 10004

Re: *In re Orly Genger*, Case No. 19-13895 (JLG)
*Adversary Proceeding Case No. 26-01052-jlg*

Dear Judge Garrity:

I represent Michael Oldner.

Approximately 50 minutes ago, we were served with the Court's Order to Show (ECF No. 5) in the above-captioned matter. My client's papers are due on Monday, June 8, 2026, at noon; the hearing is scheduled for Tuesday, June 9, 2026 at 3:00 p.m. Counsel for Ms. Genger has declined my request to briefly adjourn (until later next week) my time to respond and the hearing.

I am writing to request this brief adjournment. As I informed counsel, Mr. Oldner would consent to an extension of the State Court TRO (which expires on Wednesday, June 10, 2026) until this Court's hearing on the motion. Ms. Genger would therefore suffer no prejudice if an adjournment were granted. We had no notice that a motion would be filed yesterday. We require additional time beyond this weekend to provide a fulsome response to Ms. Genger's motion.

We thank the Court for its attention to this matter.

Respectfully,

Spencer L. Schneider