# HERSCHMANN BENSON BOWEN LLP

MICHAEL PAUL BOWEN
DIRECT DIAL: (917) 341-4611
MBOWEN@HBB-FIRM.COM

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 226-4226

TEXAS
NEW YORK
NEW JERSEY

June 5, 2026

**VIA ECF**

Honorable James J. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  *In re Orly Genger*, 19-13895-JLG; Adv. Proc. No. 26-1052-JLG

Dear Judge Garrity:

We write to oppose the requested adjournment.  This urgent issue before the Court is a straightforward legal issue which Mr. Schneider should have been fully familiar with before he improvidently removed the Article 77 trustee-replacement proceeding—with no advance notice to our client, the beneficiary.

Respectfully submitted,

*/s/ Michael Paul Bowen*
Michael Paul Bowen