**SPENCER L. SCHNEIDER, P.C**
ATTORNEY AT LAW
469 Seventh Ave., 12th Flr, New York, NY 10018
212-267-6900  Cell: 917-776-4703
sschneider@slsatty.com

June 6, 2026

By ECF
The Honorable. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Re: In re Orly Genger, Case No. 19-13895 (JLG)
Adversary Proceeding Case No. 26-01052-jlg

Dear Judge Garrity:

I represent Michael Oldner. In accordance with this Court's Memorandum Endorsed Order dated June 5, 2026 (ECF No. 8), this is to confirm Mr. Oldner's consent to an extension of the State TRO as set forth in said Endorsed Order.

We thank the Court for its attention to this matter.

Respectfully,

Spencer L. Schneider