**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re:

ORLY GENGER,                                   Chapter 7

                              Debtor.          Case No. 19-13895 (JLG)

---------------------------------------------------------X

ORLY GENGER,

                              Plaintiff,

-v-

MICHAEL OLDNER,                                Adv. No. 26-01052 (SAB)

                              Defendant.

---------------------------------------------------------X

## ORDER GRANTING MOTION TO REMAND AND PERMISSIVELY ABSTAINING

Upon the motion of Orly Genger ("Ms. Genger"), beneficiary of the Orly Genger 1993 Trust (the "Orly Trust"), filed on June 5, 2026 (ECF No. 4, the "Motion to Remand"), seeking entry of an order remanding the proceeding commenced in the Supreme Court of the State of New York pursuant to Article 77 of the New York Civil Practice Law and Rules seeking the removal of Michael Oldner ("Mr. Oldner") as trustee of the Orly Trust, and removed to the United States District Court for the Southern District of New York on May 27, 2026, and referred to this Court on June 2, 2026; upon the opposition of Mr. Oldner filed on June 9, 2026 (ECF No. 14) and the reply of Ms. Genger filed on June 10, 2026 (ECF No. 16), and other related filings; this Court having jurisdiction to consider the Motion to Remand pursuant to 28 U.S.C. §§ 157 and 1334(b); the Court having held a hearing on the Motion to Remand on June 11, 2026 (the "Hearing"), and upon the record of the Hearing, including the bench ruling; and after due deliberation and sufficient cause appearing therefor, and for the reasons set forth on the record; it is hereby:

**ORDERED** that the Motion is GRANTED only as set forth herein and otherwise denied;

**ORDERED** that the above-captioned adversary proceeding is remanded to the Supreme Court of the State of New York;

**ORDERED** that the Clerk of this Court is directed to close the above-captioned adversary proceeding; and it is further

**ORDERED** that this Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Date: <u>June 11, 2026</u>
New York, New York

/s/ Shireen A. Barday

**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**